UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 22-336 JRT/DJF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 853 |
| CLINTON JAMES WARD, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession with Intent To Distribute Controlled Substances)

On or about January 4, 2019, in the State and District of Minnesota, the defendant,

**CLINTON JAMES WARD,**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any

SCANNED
NOV 3 0 2022
U.S. DISTRICT COURT MPLS

proceeds the defendant obtained directly or indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).


A TRUE BILL


_____          _____

UNITED STATES ATTORNEY          FOREPERSON