UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 22-cr-336 (DWF/DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **SUPERSEDING INDICTMENT** |
| ) | |
| Plaintiff, ) | 18 U.S.C. § 2 |
| ) | 21 U.S.C. § 841(a)(1) |
| v. ) | 21 U.S.C. § 841(b)(1)(A) |
| ) | 21 U.S.C. § 841(b)(1)(B) |
| 1. CLINTON JAMES WARD, ) | 21 U.S.C. § 841(b)(1)(C) |
| ) | 21 U.S.C. § 846 |
| 2. SHAWNETTE LYNN ANDREASEN, ) | 21 U.S.C. § 848(a) |
| ) | 21 U.S.C. § 853 |
| 3. JONATHON BEAU BAILEY, ) | |
| ) | |
| 4. VIN CHANRY, ) | |
| ) | |
| 5. PERRY JOHN COYLE, ) | |
| ) | |
| 6. JAMES JOSEPH GRACZYK, ) | |
| ) | |
| 7. KEVIN PHILIP DE RIOS HAVENAR, ) | |
| ) | |
| 8. BENJAMIN DEWAYNE JOHNSON, ) | |
| ) | |
| 9. ARMANDO ROBERT MONTERO, ) | |
| ) | |
| 10. JOSEPH ALLEN PAPPENFUS, ) | |
| ) | |
| 11. BREEZIE LYNN PENA, ) | |
| ) | |
| 12. AARON MICHAEL TEADT, ) | |
| ) | |
| 13. JIMMY THITHAVONG, ) | |
| ) | |
| 14. PETER CHARLES WATKINS, and ) | |
| ) | |
| 15. NICOLE MARIE WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:


SCANNED
JUL 2 5 2024
U.S. DISTRICT COURT ST. PAUL

United States v. Clinton James Ward, et al., Case No. 22-cr-336 (DWF/DJF)

## COUNT 1
(Conspiracy To Distribute Methamphetamine)

Beginning on or about January 4, 2019, and continuing through on or about March 11, 2024, in the State and District of Minnesota, and elsewhere, the defendants,

**CLINTON JAMES WARD,
SHAWNETTE LYNN ANDREASEN,
JONATHON BEAU BAILEY,
VIN CHANRY,
PERRY JOHN COYLE,
JAMES JOSEPH GRACZYK,
KEVIN PHILIP DE RIOS HAVENAR,
BENJAMIN DEWAYNE JOHNSON,
ARMANDO ROBERT MONTERO,
JOSEPH ALLEN PAPPENFUS,
BREEZIE LYNN PENA,
AARON MICHAEL TEADT,
JIMMY THITHAVONG,
PETER CHARLES WATKINS,** and
**NICOLE MARIE WILLIAMS,**

did unlawfully, knowingly and intentionally conspire with each other and with others, known and unknown to the grand jury, to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

## COUNT 2
(Engaging in a Continuing Criminal Enterprise)

Beginning on or about January 4, 2019, and continuing through on or about March 11, 2024, in the State and District of Minnesota, and elsewhere, the defendant,

**CLINTON JAMES WARD,**

did unlawfully, knowingly and intentionally engage in a continuing criminal enterprise, as defined by Title 21, United States Code, Section 848(c), in that the defendant did

violate provisions of Title 21, Chapter 13, Subchapter I, Part D of the United States Code, the punishment for which are felonies, that is, Counts 1, 3-5, 8-9, 12, 14-18 and 22-26 of this Superseding Indictment, which counts are fully incorporated herein by reference, and which were undertaken by the defendant in concert with five or more other persons with respect to whom the defendant occupied a position of organizer, a supervisory position, or any other position of management, and from which the defendant obtained substantial income and resources, all in violation of Title 21, United States Code, Section 848(a).

## COUNT 3
(Possession With the Intent to Distribute Methamphetamine)

On or about January 4, 2019, in the State and District of Minnesota, the defendant,

**CLINTON JAMES WARD,**

did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 4
(Distribution of Methamphetamine)

On or about April 17, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

**CLINTON JAMES WARD, and
VIN CHANRY,**

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 5
(Distribution of Methamphetamine)

On or about April 19, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

**CLINTON JAMES WARD**, and
**VIN CHANRY**,

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 6
(Possession With the Intent to Distribute Methamphetamine)

On or about April 24, 2023, in the State and District of Minnesota, in a vehicle, the defendant,

**VIN CHANRY**,

did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 7
(Possession With the Intent to Distribute Methamphetamine)

On or about April 24, 2023, in the State and District of Minnesota, in a residence, the defendant,

United States v. Clinton James Ward, et al., Case No. 22-cr-336 (DWF/DJF)

**VIN CHANRY,**

did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT 8**
(Distribution of Methamphetamine)

On or about April 25, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

**CLINTON JAMES WARD, and
JIMMY THITHAVONG,**

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 9**
(Distribution of Methamphetamine)

On or about May 8, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

**CLINTON JAMES WARD, and
BENJAMIN DEWAYNE JOHNSON,**

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 10
(Distribution of Methamphetamine)

On or about May 8, 2023, in the State and District of Minnesota, the defendant,

### BENJAMIN DEWAYNE JOHNSON,

did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 11
(Possession With the Intent to Distribute Methamphetamine)

On or about May 8, 2023, in the State and District of Minnesota, the defendant,

### JOSEPH ALLEN PAPPENFUS,

did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 12
(Distribution of Methamphetamine)

On or about May 18, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

### CLINTON JAMES WARD, and
### JAMES JOSEPH GRACZYK,

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

United States v. Clinton James Ward, et al., Case No. 22-cr-336 (DWF/DJF)

## COUNT 13
(Possession With the Intent to Distribute Methamphetamine and Cocaine)

On or about May 24, 2023, in the State and District of Minnesota, the defendant,

### BENJAMIN DEWAYNE JOHNSON,

did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 14
(Distribution of Methamphetamine)

On or about May 25, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

### CLINTON JAMES WARD, and
### AARON MICHAEL TEADT,

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 15
(Distribution of Methamphetamine)

On or about May 31, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

### CLINTON JAMES WARD, and

**AARON MICHAEL TEADT,**

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT 16
(Distribution of Methamphetamine)

On or about June 12, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

**CLINTON JAMES WARD**, and
**NICOLE MARIE WILLIAMS,**

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT 17
(Distribution of Methamphetamine)

On or about June 29, 2023, and continuing through on or about July 5, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

**CLINTON JAMES WARD,**
**ARMANDO ROBERT MONTERO**, and
**PETER CHARLES WATKINS,**

each aiding and abetting the others, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 18
(Distribution of Methamphetamine)

On or about July 27, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

**CLINTON JAMES WARD**, and
**PERRY JOHN COYLE**,

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 19
(Possession With the Intent to Distribute Methamphetamine)

On or about August 30, 2023, in the State and District of Minnesota, in a vehicle, the defendant,

**ARMANDO ROBERT MONTERO**,

did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 20
(Possession With the Intent to Distribute Methamphetamine)

On or about August 30, 2023, in the State and District of Minnesota, in a residence, the defendant,

United States v. Clinton James Ward, et al., Case No. 22-cr-336 (DWF/DJF)

### ARMANDO ROBERT MONTERO,

did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 21
(Possession With the Intent to Distribute Methamphetamine and Cocaine)

On or about September 7, 2023, in the State and District of Minnesota, in a residence, the defendant,

### JAMES JOSEPH GRACZYK,

did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 22
(Distribution of Methamphetamine)

On or about October 12, 2023, and continuing through on or about October 19, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

### CLINTON JAMES WARD, and
### BREEZIE LYNN PENA,

each aiding and abetting the others, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

United States v. Clinton James Ward, et al., Case No. 22-cr-336 (DWF/DJF)

## COUNT 23
(Distribution of Methamphetamine)

On or about November 30, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

**CLINTON JAMES WARD**, and
**KEVIN PHILIP DE RIOS HAVENAR**,

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 24
(Distribution of Methamphetamine)

On or about December 7, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

**CLINTON JAMES WARD**, and
**SHAWNETTE LYNN ANDREASEN**,

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 25
(Distribution of Methamphetamine)

On or about January 11, 2024, in the State and District of Minnesota, and elsewhere, the defendants,

United States v. Clinton James Ward, et al., Case No. 22-cr-336 (DWF/DJF)

**CLINTON JAMES WARD**, and
**KEVIN PHILIP DE RIOS HAVENAR**,

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 26
(Distribution of Methamphetamine)

On or about January 24, 2024, in the State and District of Minnesota, and elsewhere, the defendants,

**CLINTON JAMES WARD**, and
**SHAWNETTE LYNN ANDREASEN**,

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 27
(Possession With the Intent to Distribute Methamphetamine and Cocaine)

On or about February 6, 2024, in the State and District of Minnesota, the defendant,

**SHAWNETTE LYNN ANDREASEN**,

did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, and 500 grams or more of a

detectable amount of cocaine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 28
(Possession With the Intent to Distribute Cocaine)

On or about March 27, 2024, in the State and District of Minnesota, the defendant,

**JONATHON BEAU BAILEY**,

did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

If convicted of any of Counts 1 through 28 of this Superseding Indictment, the defendants,

**CLINTON JAMES WARD,
SHAWNETTE LYNN ANDREASEN,
JONATHON BEAU BAILEY,
VIN CHANRY,
PERRY JOHN COYLE,
JAMES JOSEPH GRACZYK,
KEVIN PHILIP DE RIOS HAVENAR,
BENJAMIN DEWAYNE JOHNSON,
ARMANDO ROBERT MONTERO,
JOSEPH ALLEN PAPPENFUS,
BREEZIE LYNN PENA,
AARON MICHAEL TEADT,
JIMMY THITHAVONG,
PETER CHARLES WATKINS**, and
**NICOLE MARIE WILLIAMS**,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds they obtained, directly or

indirectly, as the result of each such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of each such violation. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY                    FOREPERSON