

**U.S. Department of Justice**

United States Attorney
District of Minnesota

---

*Thomas M. Hollenhorst*     tom.hollenhorst@usdoj.gov
*Assistant United States Attorney*     Telephone: (612) 664-5683
*United States Courthouse*     Fax: (612) 664-5787
*300 South Fourth Street, Suite 600*
*Minneapolis, Minnesota 55415*

August 27, 2024

The Honorable Dulce J. Foster
United States Magistrate Judge
United States Courthouse, Courtroom 8E
300 South Fourth Street
Minneapolis, Minnesota 55415

    Re:  United States v. Clinton James Ward, et al., Case No. 22-cr-336 (DWF/DJF)

Dear Judge Foster:

    The government has discussed this case with the defense counsel by way of telephone conversations, emails and, in some instances, personal meetings, and is not aware of any matters that need discussion or resolution at the case management conference scheduled for August 28, 2024, at 9:15 a.m. The government sees no need at this time to designate this case as complex, but has no objection to the Court doing so based upon its own scheduling and docketing considerations.

    Very truly yours,

    ANDREW M. LUGER
    United States Attorney

    s/*Thomas M. Hollenhorst*

    BY: THOMAS M. HOLLENHORST
    Assistant United States Attorney
    Attorney ID No. 46322

cc: All Counsel of Record (by ECF)