

**JOHNSON &
GREENBERG, P.L.L.P.**
ATTORNEYS AT LAW

| | | |
|---|---|---|
| LEE R. JOHNSON<br>JILL D. GREENBERG | 5775 Wayzata Boulevard<br>Suite 700<br>St. Louis Park, MN 55416 | TELEPHONE  (952) 545-1621<br>FAX  (952) 546-4829<br>lrjohnsonslp@gmail.com<br>jillgreenberg81@gmail.com |

January 7, 2025

**VIA ECF**
The Honorable Dulce J. Foster
United States Magistrate Judge
United States District Court, Courtroom 8E
300 South Fourth Street
Minneapolis, MN 55415

    Re:    United States v. Joseph Pappenfus
                Crim. No. 22-336 (10) (DWF/DJF)

Dear Magistrate Judge Foster:

I represent Joseph Pappenfus. I am writing to advise the Court that Mr. Pappenfus and the Government have resolved his case and that we have scheduled a change of plea hearing before Judge Frank on January 17, 2025. As a result, I am requesting that Mr. Pappenfus and I be excused from the pretrial motions hearing in this matter.

Thank you for your consideration.

Sincerely,

Lee R. Johnson

    cc:    Assistant United States Attorney Thomas Hollenhorst
                Joseph Pappenfus